## First Department, October, 1983

## (October 4, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RIVERA, Appellant. — Judgment, Supreme Court, New York County (Martin Erdman, J.), rendered on November 4, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Fein and Milonas, JJ.